No. 93–274. GOLDEN GATES HEIGHTS INVESTMENTS v. CITY AND COUNTY OF SAN FRANCISCO. Ct. App. Cal., 1st App. Dist.

Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.